# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 10, 2014

Lyle W. Cayce
Clerk

No. 13-11318
Summary Calendar

EDWARD SANCHEZ,

Plaintiff-Appellant

v.

RODNEY CHANDLER, Warden,

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:13-CV-804

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:*

Edward Sanchez, federal prisoner # 35757-044, appeals the district court's order construing his 28 U.S.C. § 2241 petition as a 28 U.S.C. § 2255 motion and transferring his case to the Eastern District of Missouri. This court must examine the basis of its jurisdiction sua sponte if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). As the order in question is interlocutory and does not fall within the parameters of the collateral order

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11318

doctrine, we lack jurisdiction to review it. *See Brinar v. Williamson*, 245 F.3d 515, 516-18 (5th Cir. 2001). Sanchez's appeal is therefore DISMISSED FOR LACK OF JURISDICTION.